IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-4693

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ARBAB SALEEM,<br><br>Defendant - Appellant. | MOTION TO EXPEDITE |

Arbab Saleem moves to expedite the scheduling order.

1. Mr. Saleem was sentenced, on October 3, 2023, to 18 months.

2. Mr. Saleem self-reported last Tuesday, November 28, 2023.

3. Given the short sentence, Mr. Saleem seeks to expedite the appeal process. Unless the appeal is expedited, Mr. Saleem will serve all or most of his sentence before this Court makes any final determination.

4. Once Mr. Saleem receives the transcripts (which he has asked to be expedited) he will be able to present the appeal on the existing record.

5. Mr. Saleem requests that no extensions be granted, will forgo oral argument to further expedite disposition, and requests an expedited decision.

6. Counsel conferred with the government. The government does not agree to an expedited briefing schedule but does consent to an expedited decision.

WHEREFORE, counsel respectfully requests to expedite this matter.

Respectfully submitted, this 5th day of December, 2023.

/s/ William R. Terpening
William R. Terpening
N.C. Bar 36418

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
(980) 265-1700
terpening@terpeninglaw.com

*Counsel for Arbab Saleem*

## **CERTIFICATE OF SERVICE**

I certify that I have filed this **MOTION TO EXPEDITE** through the Court's ECF system, which constitutes service on all parties.

Dated: December 5, 2023.

/s/ William R. Terpening  
William R. Terpening
