**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,

            Appellee,

    vs.

ARBAB SALEEM,

            Appellant.

)
)
)
)  DOCKET NO. 23-4693
)
)
)
)
)

_____

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO EXPEDITE**

Defendant Arbab Saleem moves this Court to expedite the briefing schedule in this appeal and to prospectively order that no extensions of time for the parties' filing of their briefs will be permitted.   The United States opposes Saleem's motion.

1.     Saleem pleaded guilty in October of 2021 to two firearm offenses, and two years later, the district court sentenced Saleem to 18 months in prison.   WDNC Case No. 3:21CR86, Doc. 57 at 1–2.   Saleem was released on bond a week after his initial arrest and remained on

1

bond until at least November 21, 2023, when he was required to report to the Bureau of Prisons. *Id.*, Doc. 10; *id.*, Doc. 66 at 2. At most, Saleem has served less than a month of his sentence.

2.    Saleem has not identified any particular issue for appeal but asks this Court to expedite its decision and to prospectively deny any motions seeking an extension of the briefing deadlines.

3.    The United States objects to Saleem's request that this Court prospectively deny any extension of this Court's yet-to-be-issued briefing schedule. Saleem's 18-month sentence is not especially unusual, and aside from the length of his sentence, Saleem offers no justification for his unusual request. Both the United States and this Court are capable of appreciating the significance of the length of Saleem's sentence when determining whether to request or to grant an extension request. And Saleem is free to object to any extension request, when that motion is filed.

4.    Additionally, neither this Court nor the United States can anticipate how many opening briefs will be filed at or near the time Saleem files his opening brief, the length of the sentences challenged in

those opening briefs, the complexity of the issues involved in Saleem's

or other appeals, or the amount of time that will be required for the

United States to prepare and file adequate response briefs.   Without

that information, it is unfair to prospectively deny extension requests.

  5. The United States does not object, of course, to this Court's

expedited consideration of Saleem's or any other appeal, after the filing

of the United States' response brief.   For the reasons described above,

the United States asks this Court to deny Saleem's motion to expedite

briefing deadlines and prospectively deny extension requests for the

United States' response brief.

  RESPECTFULLY SUBMITTED, this 8th day of December, 2023.

<div style="margin-left: 40%;">

DENA J. KING
UNITED STATES ATTORNEY

s/Amy E. Ray
Assistant United States Attorney
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina   28801
Telephone:   (828) 271-4661
Fax:   (828) 271-4670
E-mail:   Amy.Ray@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2023, a copy of the foregoing ***United States' Response to Motion to Expedite*** was served upon Saleem by serving his attorney of record through electronic case filing.


<u>s/Amy E. Ray</u>
Assistant United States Attorney
USAO Asheville, NC


4