FILED: March 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4693
(3:21-cr-00086-FDW-SCR-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ARBAB SALEEM

       Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places Joint appendix volume number II under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk