IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
DOCKET NO. 23-4693

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff -Appellee,* | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| ARBAB SALEEM, | ) |
| | ) |
| *Defendant-Appellant.* | ) |
| | ) |
| | ) |

## MOTION TO EXTEND TIME FOR FILING BRIEF

The United States moves this Court under Federal Rule of Appellate Procedure 26(b) to extend the time for filing its brief by 9 days, or until May 10, 2024, for the reasons described below.

1. The Appellant, Arbab Saleem, filed an opening brief on March 11, 2024, challenging the constitutionality of the statute under which Saleem was convicted. The United States' response is due May 1, 2024.

2. Undersigned counsel was unexpectedly out of the office this week because of a family medical emergency and also faces a deadline

in *United States v. Clemons*, 23-4648, in the next week. The response of the United States in this appeal would, therefore, benefit from additional time.

3. This request for an extension is the United States' second in this appeal.

4. Counsel for Mr. Saleem has informed the United States that he does not object to the requested extension.

WHEREFORE, to permit counsel additional time to prepare its response, the United States respectfully requests an extension of time until May 10, 2024, to file its brief.

RESPECTFULLY SUBMITTED, this 1st day of May, 2024.

> DENA J. KING
> UNITED STATES ATTORNEY
>
> s/ Julia K. Wood
> Assistant United States Attorney
> North Carolina Bar No. 51754
> 227 West Trade Street, Suite 1650
> Charlotte, North Carolina 28202
> Telephone: (704) 344-6222
> Fax: (704) 344-6229
> Email: julia.wood@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

1.   This motion has been prepared using a computer running Microsoft Word 2010, in Century Schoolbook font, and 14-point typeface.

2.   EXCLUSIVE of any materials excluded by Federal Rule of Appellate Procedure 32(f) or under Rule 27(a)(2)(B), the motion contains 189 words.

I understand that a material misrepresentation can result in the Court's striking the motion and imposing sanctions. If the Court so directs, I will provide an electronic version of the brief or a copy of the word or line print-out.

s/ Julia K. Wood<br>
Assistant United States Attorney<br>
USAO Charlotte, NC

## CERTIFICATE OF SERVICE

    I certify that I have this day caused to be served a copy of the above Motion for Extension of Time upon the appellant by serving his attorney of record through electronic case filing.

    This 1st day of May, 2024.

                                                     <u>s/ Julia K. Wood</u>
                                                     Assistant United States Attorney