# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 23-4693

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ARBAB SALEEM,<br><br>Defendant - Appellant. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

Pursuant to the Federal Rules of Appellate Procedure, Arbab Saleem, respectfully requests this Court to extend the deadline to file the Reply Brief by 14 days, from May 20, 2024 to June 3, 2024. In support of this Motion, Mr. Saleem offers the following:

1. Counsel is court-appointed.

3. Mr. Saleem is incarcerated and difficult to get in touch with. Counsel needs a brief extension to facilitate a call with Mr. Saleem before filing this brief.

4. Counsel has not requested any previous extensions.

5. The government does not oppose the relief requested in this Motion.

WHEREFORE, Mr. Saleem respectfully requests a 14-day extension of the deadline by which to file his Reply brief, up to and including June 3, 2024.

Respectfully submitted, this 17th day of May, 2024.

/s/ William R. Terpening
William R. Terpening
N.C. Bar 36418

2

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
(980) 265-1700
terpening@terpeninglaw.com

*Counsel for Arbab Saleem*

## CERTIFICATE OF SERVICE

I certify that I have filed this **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** through the Court's ECF system, which constitutes service on all parties.

Dated: May 17, 2024.

/s/ William R. Terpening
William R. Terpening
