# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

No. 23-4693

**UNITED STATES OF AMERICA,**

    Plaintiff - Appellee,

v.

**ARBAB SALEEM,**

    Defendant - Appellant.

## APPELLANT'S MOTION TO EXCEED JOINT APPENDIX LENGTH LIMITATIONS

ARBAB SALEEM, ("Appellant"), respectfully requests that this Court grant leave to Exceed Length Limitations of the Joint Appendix. In support of this Motion, Appellant states as follows:

1. An additional transcript (154 pages) needed to be added to the JA. This has raised the final page count to 654 pages.

2. This motion is unopposed.

WHEREFORE, Appellant respectfully requests that this Honorable Court grant leave to exceed length limitation and file a joint appendix containing 654 pages.

Respectfully submitted this 21st day of August, 2024.

/s/ William R. Terpening
William R. Terpening

**TERPENING LAW, PLLC**
221 West 11th Street
Charlotte, NC 28202
980-265-1700
terpening@terpeninglaw.com

*Counsel for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **APPELLANT'S MOTION TO EXCEED JOINT APPENDIX LENGTH LIMITATIONS** was served on all parties by CM/ECF.

Dated: August 21, 2024.

<u>/s/ William R. Terpening</u>
William R. Terpening